# Exhibit A

Expert Statement of Dr. William Bearden

August 13, 2012

CONFIDENTIAL BY AGREEMENT OF COUSNEL